# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott K. Risley, an individual, | No. CV13-8086 PCT DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Financial Aid Management for Education Incorporated, a Florida corporation, et al., | |
| Defendants. | |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **July 26, 2013** without further leave of Court.

Dated this 26th day of June, 2013.

_____
David G. Campbell
United States District Judge